**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DANIEL GUGGENHEIM; SUSAN
GUGGENHEIM; MAUREEN H. PIERCE,
        *Plaintiffs-Appellants,*

v.

CITY OF GOLETA, a municipal
corporation,
        *Defendant-Appellee.*

No. 06-56306

D.C. No.
CV-02-02478-FMC

ORDER

Filed March 12, 2010

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit. aco